No. 289.   CONNELLY ET AL., DOING BUSINESS AS HARBAR DRILLING CO., *v.* JENNINGS.   Supreme Court of Okla-

homa. Certiorari denied. *Peyton Ford* for petitioners. *Ernest W. McFarland* for respondent.